

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JOSEPH E. KOEHLER
Assistant United States Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
RECEIVED ____ COPY

MAY 1 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | **CR-25-00726-PHX-DJH (JZB)** |
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 924(a)(1)(A) |
| | | (False Statement During the |
| | | Purchase of a Firearm) |
| Ricardo Loredo, | | Counts 1-15 |
| Defendant. | | |

**THE GRAND JURY CHARGES:**

**COUNTS 1-15**

On or about the dates listed below, in the District of Arizona, Defendant RICARDO LOREDO knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant RICARDO LOREDO did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant RICARDO LOREDO resided at an address on Gladiola Avenue in Douglas, Arizona, whereas in truth and fact, Defendant RICARDO LOREDO knew that he resided at a different residence at that time:

| Count | Date | Business (Federal Firearms Licensee) |
|-------|------|--------------------------------------|
| 1 | February 12, 2024 | Tombstone Tactical |
| 2 | May 13, 2024 | Tactical Studio, LLC |
| 3 | May 20, 2024 | Alpha Dog Firearms |
| 4 | June 2, 2024 | Alpha Dog Firearms |
| 5 | June 17, 2024 | Alpha Dog Firearms |
| 6 | June 23, 2024 | Firestorm Defense |
| 7 | June 23, 2024 | Refiners Arms |
| 8 | July 5, 2024 | Alpha Dog Firearms |
| 9 | July 26, 2024 | Refiners Arms |
| 10 | August 9, 2024 | Tactical Studio, LLC |
| 11 | August 10, 2024 | Alpha Dog Firearms |
| 12 | August 14, 2024 | Refiners Arms |
| 13 | August 14, 2024 | Scottsdale Gun Club |
| 14 | August 17, 2024 | Syg Armory |
| 15 | August 20, 2024 | Refiners Arms |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s

FOREPERSON OF THE GRAND JURY
Date:  May 13, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s

JOSEPH E. KOEHLER
Assistant U.S. Attorney

- 2 -