# Exhibit 1

| Date Purchased | FFL | Manufacturer Name | Model | Caliber | Serial No. | Address Used |
|---|---|---|---|---|---|---|
| 6/3/2023 | Tactical Studio LLC | PIONEER ARMS CORPORATION (RADOM, POLAND) | HELLPUP | 762 | PAC23PL10437 | █ W Purdue Ave, Glendale, AZ |
| 9/1/2023 | Tombstone Tactical | Glock | 43 | 9 | AFVH856 | █ N Gladiola Ave, Douglas, AZ (4473) |
| 10/7/2023 | Tactical Studio LLC | Glock | 17 Gen 4 | 9 | AGLM982 | █ W Purdue Ave, Glendale, AZ |
| 10/10/2023 | Ammo A-Z Arms | FN | SCAR 20S | 762 | P1R11437 | N Gladiola Ave, Douglas, AZ (4473) |
| 1/18/2024 | Tactical Studio LLC | PIONEER ARMS CORPORATION | SPORTER | 762 | PAC1186420 | N Gladiola Ave, Douglas, AZ (4473) |
| 1/18/2024 | Tactical Studio LLC | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7145484 | N Gladiola Ave, Douglas, AZ (4473) |
| 1/22/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7145697 | N Gladiola Ave, Douglas, AZ (4473) |
| 1/29/2024 | MMP Guns | RILEY DEFENSE, INC. | RAK 47 | 762 | B59022 | N Gladiola Ave, Douglas, AZ (4473) |
| 1/29/2024 | MMP Guns | RILEY DEFENSE, INC. | RAK 47 | 762 | B59196 | N Gladiola Ave, Douglas, AZ (4473) |
| 2/12/2024 | Tombstone Tactical | Ruger | Security-380 | 0.38 | 386-64171 | N Gladiola Ave, Douglas, AZ (4473) |
| 2/12/2024 | Tombstone Tactical | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7132337 | N Gladiola Ave, Douglas, AZ (4473) |
| 2/16/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7099562 | N Gladiola Ave, Douglas, AZ (4473) |
| 2/16/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7143755 | N Gladiola Ave, Douglas, AZ (4473) |
| 2/17/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7099483 | N Gladiola Ave, Douglas, AZ (4473) |
| 2/17/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7100564 | N Gladiola Ave, Douglas, AZ (4473) |
| 2/22/2024 | Sanctuary Tactical | Ruger | P85 | 9 | 301-16003 | N Gladiola Ave, Douglas, AZ (4473) |
| 2/23/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7096891 | N Gladiola Ave, Douglas, AZ (4473) |
| 3/1/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7145178 | N Gladiola Ave, Douglas, AZ (4473) |
| 3/9/2024 | MMP Guns | RILEY DEFENSE, INC. | RAK 47 | 762 | B59327 | N Gladiola Ave, Douglas, AZ (4473) |
| 3/9/2024 | Tactical Studio LLC | PIONEER ARMS CORPORATION | Ak-47 Sporter | 762 | PAC23PL16125 | N Gladiola Ave, Douglas, AZ (4473) |
| 3/20/2024 | Bass Pro Shop | Glock | 48 | 9 | AHTF771 | N Gladiola Ave, Douglas, AZ (4473) |
| 5/11/2024 | Bass Pro Shop | Glock | 9 | 9 | BUAN666 | N Gladiola Ave, Douglas, AZ (4473) |
| 5/11/2024 | Tactical Studio LLC | FNH USA/FN (FN AMERICA) | M249S | 556 | M249SA10286 | N Gladiola Ave, Douglas, AZ (4473) |
| 5/13/2024 | Tombstone Tactical | FNH USA/FN (FN AMERICA) | FN15 | 556 | FNB010149 | N Gladiola Ave, Douglas, AZ (4473) |
| 5/20/2024 | Alpha Dog Firearms | FNH USA/FN (FN AMERICA) | M249S | 556 | M249SA10030 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/2/2024 | Alpha Dog Firearms | FNH USA/FN (FN AMERICA) | m249s | 556 | M249SA10303 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/16/2024 | Phoenix Gun Co | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7150521 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/16/2024 | Phoenix Gun Co | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7150552 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/17/2024 | Alpha Dog Firearms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7149847 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/17/2024 | Alpha Dog Firearms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7150311 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/17/2024 | Alpha Dog Firearms | Colt | Gov Pistol | 0.38 | GV065199 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/17/2024 | Tactical Studio LLC | Glock | 17 gen 4 | 9 | AGLH805 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/23/2024 | Firestorm Defense | PIONEER ARMS CORPORATION (RADOM, POLAND) | SPORTER | 762 | PAC1190233 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/23/2024 | Firestorm Defense | PIONEER ARMS CORPORATION (RADOM, POLAND) | GROM | 762 | PAC23PL11368 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/23/2024 | Firestorm Defense | PIONEER ARMS CORPORATION (RADOM, POLAND) | GROM | 762 | PAC23PL17713 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/23/2024 | Refiners Arms | FN | M249 | 556 | M249SA10560 | N Gladiola Ave, Douglas, AZ (4473) |
| 6/27/2024 | MMP Guns | CENTURY ARMS INTERNATIONAL | BFT47 | 762 | BFT47012685 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/3/2024 | Robson Armory | CENTURY ARMS INTERNATIONAL | WASR-10UF | 762 | 23UF-9862 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/3/2024 | Robson Armory | CENTURY ARMS INTERNATIONAL | BFT47 | 762 | BFT47020507 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/3/2024 | Tactical Studio LLC | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7148168 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/3/2024 | Tactical Studio LLC | PIONEER ARMS CORPORATION (RADOM, POLAND) | POL-AK-S-FT-W | 762 | PAC23PL16365 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/3/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7150168 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/4/2024 | Ammo A-Z Arms | PIONEER ARMS CORPORATION (RADOM, POLAND) | SPORTER | 762 | PAC23PL16210 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/4/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7148168 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/5/2024 | Alpha Dog Firearms | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7144336 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/9/2024 | Sportsman Warehouse #116 | Romarm | WASR-10UF | 762 | ROA22UF-7429 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/9/2024 | Sportsman Warehouse #117 | SIG SAUER (SIG-ARMS) | P320 | 10 | 58J525930 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/9/2024 | Sportsman Warehouse #117 | SIG SAUER (SIG-ARMS) | P365 | 9 | 66G167561 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/10/2024 | Ammo A-Z Arms | Glock | 19x | 9 | BYNB027 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/10/2024 | Lone Wolf | Glock | G19x | 9 | CDDN216 | N Gladiola Ave, Douglas, AZ (4473) |
| 7/11/2024 | Bass Pro Shop | Glock | GMBH 48 | 9 | BPZL474 | N Gladiola Ave, Douglas, AZ (4473) |

| Date | Dealer | Manufacturer | Model | Caliber | Serial | | Address |
|------|--------|--------------|-------|---------|--------|---|---------|
| 7/11/2024 | Bass Pro Shop | Glock | GMBH 45 | 9 | BUGH831 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/14/2024 | Baseline Pawn | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7148636 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/14/2024 | Baseline Pawn | CENTURY ARMS INTERNATIONAL | VSKA | 762 | SV7148647 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/19/2024 | Ammo A-Z Arms | PIONEER ARMS CORPORATION (RADOM, POLAND) | HELLPUP | 762 | PAC23PL17697 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/19/2024 | Ammo A-Z Arms | PIONEER ARMS CORPORATION (RADOM, POLAND) | Sporter | 762 | PAC24PL19380 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/19/2024 | MMP Guns | RILEY DEFENSE, INC. | Rak 47 | 762 | B60215 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/19/2024 | Tactical Studio LLC | CENTURY ARMS INTERNATIONAL | RI4317-N | 762 | BFT4702612 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/26/2024 | Refiners Arms | Ohio Ordnance | M240 | 762 | 241341 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/26/2024 | Refiners Arms | Colt | Government Pistol | 0.38 | GV067479 | | N Gladiola Ave, Douglas, AZ (4473) |
| 7/26/2024 | Refiners Arms | FN | M249 | 556 | M249SA10336 | | N Gladiola Ave, Douglas, AZ (4473) |
| 8/9/2024 | Tactical Studio LLC | FN America | 46-100171 | 556 | M249SA11297 | | N Gladiola Ave, Douglas, AZ (4473) |
| 8/10/2024 | Alpha Dog | FN Herstal | M249S Para | 556 | M249SA10488 | | N Gladiola Ave, Douglas, AZ (4473) |
| 8/14/2024 | Ammo A-Z Arms | CENTURY ARMS INTERNATIONAL | Micro Draco | 762 | 24PMD-52035 | | N Gladiola Ave, Douglas, AZ (4473) |
| 8/14/2024 | Refiners Arms | SIG SAUER (SIG-ARMS) | P365 Fuse | 9 | 66G240990 | | N Gladiola Ave, Douglas, AZ (4473) |
| 8/14/2024 | Refiners Arms | Barrett | M82A1 | 50 | AAD18157 | | N Gladiola Ave, Douglas, AZ (4473) |
| 8/14/2024 | Scottsdale Gun Club | Barrett | M107A1 | 50 | AE013560 | | N Gladiola Ave, Douglas, AZ (4473) |
| 8/17/2024 | Syg Armory | Pioneer Arms Corp. Rifle | Sporter Rifle | 762 | PAC23PL16293 | | N Gladiola Ave, **Phoenix**, AZ (4473) |
| 8/20/2024 | Refiners Arms | FN | M249 | 556 | M249SA10630 | | N Gladiola Ave, Douglas, AZ (4473) |